

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00247-CV

TOM WALTERS, INC. AND TOMMY LYNN WALTERS, APPELLANTS

V.

MITSUBISHI HC CAPITAL AMERICA, INC., APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2021-CV-0123, Honorable John C. Grace, Presiding

August 23, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Tom Walters, Inc. and Tommy Lynn Walters, appeal from the trial court's *Final Judgment*. Now pending before this Court is Appellants' unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning

the payment of costs, costs will be taxed against Appellants.  *See* TEX. R. APP. P. 42.1(d).

No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam